# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09-MJ-288-DCK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> ) <br> Yahoo! Inc. ) <br> 701 First Avenue ) <br> Sunnyvale, California 94089 ) <br> ) <br> _____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Motion To Unseal Search Warrant Affidavit And Application" (Document No. 5) filed December 3, 2010 by the Government regarding the above captioned matter, for an Order directing that the Search Warrant Affidavit and Application numbered above be unsealed.

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: December 6, 2010

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff